NELLIE JOHNSON, as Administratrix of the Estate of CLAYTON JOHNSON, Deceased, Appellant, *v.* HARRY J. THOMAS, Respondent.

Counsel appeared March 2, 1949; decided March 4, 1949.

*George D. Newton* and *Angelo P. Spezzano* for appellant.
*Austin W. Erwin* and *Austin W. Erwin, Jr.,* for respondent.

Application granted upon condition that appellant pay respondent's disbursements in this court. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.